## STATEMENT OF FACTS

Your affiant, ███████████, is a Special Agent assigned to FBI Portland Division. In my duties as a Special Agent, I have investigated allegations associated with domestic terrorism and international terrorism. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Following the criminal activity in and around the Capitol grounds on January 6, 2021, the FBI published BOLO (Be on the Lookout) Photograph #35 (Figure 1), in an effort to help identify the person in the photograph.



Figure 1

On or about March 15, 2022, tipsters, who had been deemed credible and reliable through previous reporting, provided images from January 6, 2021 (*e.g.*, Figures 2 & 3) of an individual believed to be Matthew Thomas Mglej of Portland/Hillsboro, Oregon based on comparisons to open source material (Figure 4) in response to BOLO #35.



Figure 2



Figure 3



Figure 4

Figure 4 compares two open source images, the image on the left (*i.e.*, a booking photo for an unrelated criminal allegation from Multnomah County Sheriff's Department) and the center image (*i.e.*, a personal photo), with the image on the right taken from January 6, 2021, confirming Mglej's identity based on distinct skin moles.

On August 29, 2022, Special Agent ██████████████ interviewed Mglej. The interview was conducted at the front door of Mglej's residence.  After being advised of the identity of the interviewing Agent and the nature of the interview, Mglej declined to answer any questions. Mglej requested any questions should be submitted to him in writing. Based on Special Agent Visconti's interactions with Mglej, he confirmed that Mglej was indeed the man in BOLO #35 and other photos taken on January 6, 2021 suspected to be of Mglej.

As can be seen on U.S. Capitol security camera, at approximately 3:25 pm ET, Mglej entered the U.S. Capitol building through the Senate Wing Door (Figure 5).



Figure 5

On various occasions Mglej can be seen recording with his cell phone while in the U.S. Capitol building (*e.g.*, Figures 6 & 7).


Figure 6


Figure 7

At approximately 3:37 pm ET, Mglej exited the U.S. Capitol building through the Senate Wing Door.

Based on the foregoing, your affiant submits that there is probable cause to believe that Mglej violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret

Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Mglej violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of July 2024.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE